

# MANDATE
# The Fourteenth Court of Appeals

NO. 14-13-00850-CV

The Estate of Margaret E. Klovenski, Jake Klovenski, and Mary Hassler, individually and as next friends, Appellants

v.

Dr. Ashish Kapoor, Appellee

Appealed from the 113th District Court of Harris County. (Trial Court No. 2009-31943). Memorandum opinion delivered by Justice William J. Boyce. Chief Justice Frost and Justice McCally also participating.

**TO THE 113TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 19, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Dr. Ashish Kapoor, signed June 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, the Estate of Margaret E. Klovenski, Jake Klovenski, and Mary Hassler, individually and as next friends, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 01, 2015.

**CHRISTOPHER A. PRINE, CLERK**